# EXHIBIT E

**WILL SEEK LEAVE
TO FILE UNDER SEAL**